No. 447. LAND O'LAKES DAIRY CO. *v.* COUNTY OF WADENA ET AL. *Per Curiam:* The motion to affirm is granted and the judgment is affirmed. *S. R. A., Inc.* v. *Minnesota,* 327 U. S. 558; *Oklahoma Tax Comm'n* v. *Texas Co.,* 336 U. S. 342. *Michael J. Doherty* and *Harold Jordan* for appellant. *J. A. A. Burnquist,* Attorney General of Minnesota, *Geo. B. Sjoselius,* Deputy Attorney

---

*MR. JUSTICE DOUGLAS took no part in the consideration or decision of the cases in which orders or judgments were this day announced.

General, and *Chas. P. Stone,* Assistant Attorney General, for appellees.